IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY MILLER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:08cv216-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. #12) to file brief in support, and for good cause, it is

ORDERED that the Motion (Doc. #12) is GRANTED.

DONE this 14th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE